**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

PHROW DONNEL BLACKWELL,

       Petitioner,

vs.                              CASE NO. 5:07cv183/RS-MD

STATE OF FLORIDA,

       Respondent.

_____/

## ORDER

      Before me are the Magistrate Judge's Report and Recommendation (Doc. 9) and

Petitioner's Objections To Magistrate Report And Recommendation (Doc. 10).  I have

considered Petitioner's objections *de novo*.

      **IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is adopted and

       incorporated by reference in this Order.

2.     The Petition for Writ of Error Coram Nobis (Doc. 1) is dismissed.

3.     All pending motions are denied as moot.

4.     The clerk is directed to send Petitioner the Eleventh Circuit's form

       application for leave to file a second or successive §2254 petition.

5.     The clerk is directed to close the file.

ORDERED on September 7, 2007.


                     /S/ Richard Smoak_____
                     **RICHARD SMOAK
                     UNITED STATES DISTRICT JUDGE**